AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

HEART OF AMERICA NORTHWEST, a non-profit
corporation,

                        Plaintiff,                          JUDGMENT IN A CIVIL CASE

            v.

STEVEN CHU, United States Secretary of Energy, and the
UNITED STATES DEPARTMENT OF ENERGY,          CASE NUMBER: CV-10-210-EFS

                        Defendants.

☐  **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury
    has rendered its verdict.**

☒  **Decision by Court. This action came to**  hearing  **before the Court. The issues have been**
    heard  **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants with prejudice
pursuant to the Order Granting, Denying, and Denying As Moot In Part Defendants' Motion to
Dismiss Plaintiff's Complaint Under Federal Rule of Civil Procedure 12(b)(1) entered on April 22,
2011, Ct. Rec. 29.

April 22, 2011                               JAMES R. LARSEN
*Date*                                      *Clerk*
                                            s/ Cora Vargas
                                            *(By) Deputy Clerk*
                                            Cora Vargas